EDITH MAY McCLUSKEY, Respondent, v. AMOS F. CROUNSE, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

IDA FARYNA and Another, as Administrators, etc., Respondents, v. PERRY ELECTRIC LIGHT COMPANY, Appellant, and PERRY TELEPHONE COMPANY, Defendant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

IDA FARYNA and Another, as Administrators, etc., Appellants, v. PERRY ELECTRIC LIGHT COMPANY, Defendant, and PERRY TELEPHONE COMPANY, Respondent.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

MORRIS LIPEDES, Respondent, v. LIVERPOOL AND LONDON 'AND GLOBE INSURANCE COMPANY, LTD., Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

EUGENE B. DUNLAY, Respondent, v. EDWARD P. DORAN and Another, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

GEORGE W. BERTSCH, Respondent, v. H. E. SWEZEY Co., INC., Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

CHARLES C. MILLER, Respondent, v. UNION INDEMNITY COMPANY, Appellant.— Motion for leave to appeal to Court of Appeals granted. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

ANNA MILLER, Respondent, v. UNION INDEMNITY COMPANY, Appellant.— Motion for leave to appeal to Court of Appeals granted. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

MARGARET H. YAX, Respondent, v. ALBERT C. YAX, Appellant.— Motion for leave to appeal to Court of Appeals granted. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

In the Matter of Proving the Last Will and Testament of LOVE FIDELE SEYMOUR, Deceased.— Motion to dismiss appeal taken by Lizzie Dale granted, with ten dollars costs. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

MATHEW W. McVEA, Respondent, v. ANDREW GEORGE, Appellant.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

In the Matter of the Judicial Settlement of the Accounts of THOMAS W. USBORNE, as Executor, etc., of HARRY B. HOPSON, Deceased.— Motion to dismiss appeal granted, unless appellants shall file and serve printed briefs by February twentieth and shall be ready to argue the appeal at the opening of the March term. Present — Hubbs, P. J., Clark, Sears and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAY G. TOWNSEND, One of the Overseers of the Poor of the Town of Elbridge, Respondent, v. WILLIAM CLARK, Appellant.— Motion to dismiss appeal granted, unless appellant shall file and serve the printed papers by February fifteenth and shall be ready to argue the